IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(NORTHERN DIVISION)

| | | |
|---|---|---|
| GARY MINNICH, et al., | * | |
| Plaintiffs | * | |
| v. | * | CIVIL ACTION NO: MJG-02-847 |
| RONSON CONSUMER PRODUCTS CORPORATION, et al., | * | |
| | * | |
| Defendants | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

### ORDER

Upon review of the Motion jointly filed by all parties, it is, this __7th__ day of __October__, 2002, by the United States District Court for the District of Maryland, **ORDERED** that the Court's March 25, 2002 Scheduling Order, as amended, be, and the same hereby is, modified such that the remaining dates reflected in that Order are hereby extended sixty (60) days.

_____
The Honorable Marvin J. Garbis

cc: J. Mark Coulson, Esquire
    Dennis O'Brien, Esquire
    Donald Weinberg, Esquire