IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(NORTHERN DIVISION)

| | | |
|---|---|---|
| GARY MINNICH, et al., | * | |
| Plaintiffs | * | |
| v. | * | CIVIL ACTION NO: MJG-02-847 |
| RONSON CONSUMER PRODUCTS CORPORATION, et al., | * | |
| | * | |
| Defendants | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### ORDER

Upon review of the Motion jointly filed by all parties, it is, this ___8th___ day of ___October___, 2002, by the United States District Court for the District of Maryland, **ORDERED** that the deadlines contained in the Court's March 25, 2002 Scheduling Order, as amended, be, and the same hereby are, stayed pending the filing of a responsive pleading by Flamagas.

_____
The Honorable Marvin J. Garbis

cc: J. Mark Coulson, Esquire
    Dennis O'Brien, Esquire
    Donald Weinberg, Esquire

BALT01:548563v1|G2990-000000|10\02\02