IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

GARY MINNICH, et al.,                    *

      Plaintiffs                       *

v.                                        *        CIVIL NO: MJG-02-847

RONSON CONSUMER PRODUCTS                  *
CORPORATION, et al.,
                                           *

      Defendants                       *

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### STIPULATION OF DISMISSAL WITH PREJUDICE

The parties to the above-captioned matter, by their respective undersigned counsel, hereby agree and stipulate to the dismissal with prejudice of Defendant, Wal-Mart Stores East, Inc., only.

_____        _____
Dennis F. O'Brien, Esquire              J. Mark Coulson, Esquire #09535
Foard, Gisriel, O'Brien & Ward, LLC     John T. Sly, Esquire #26608
29 West Susquehanna Avenue              Miles & Stockbridge P.C.
Suite 302                               10 Light Street, Suite 1400
Towson, Maryland 21204                  Baltimore, Maryland 21202

_____
Donald S. Weinberg, Esquire
Dombroff & Gilmore, P.C.
1025 Thomas Jefferson Street, N.W.
Suite 300
West Lobby
Washington, D.C. 20007

Approved this 25th day of November, 2002.

_____
Marvin J. Garbis
United States District Judge

BAL101:555030v1|G2990-000000|10\31\02

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| GARY MINNICH, et al., | * | |
| Plaintiffs | * | |
| v. | * | CIVIL NO: MJG-02-847 |
| RONSON CONSUMER PRODUCTS CORPORATION, et al., | * | |
| | * | |
| Defendants | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 25th day of November, 2002, a copy of a **STIPULATION OF DISMISSAL WITH PREJUDICE** was hand-delivered to Court and mailed, first-class mail, postage prepaid, to:

        Dennis F. O'Brien, P.A.
        Foard, Gisriel, O'Brien & Ward, LLC
        29 West Susquehanna Avenue
        Suite 302
        Towson, Maryland 21204

        L. William Proctor, Jr., Esquire
        Myers & Proctor, P.A.
        P.O. Box 1007
        Hagerstown, Maryland 21741

        Donald S. Weinberg, Esquire
        Dombroff & Gilmore, P.C.
        1025 Thomas Jefferson Street, N.W.
        Suite 300
        West Lobby
        Washington, D.C. 20007
        Attorney for Ronson Consumer Products Corp.

        _____
        J. Mark Coulson #09535
        John T. Sly #26608
        Miles & Stockbridge P.C.
        10 Light Street, Suite 1400
        Baltimore, Maryland 21202
        410-727-6464
        Counsel for Wal-Mart Stores East, Inc.