IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(NORTHERN DIVISION)

| | | |
|---|---|---|
| GARY MINNICH, et al. | * | |
| Plaintiff | * | |
| vs. | * | CIVIL ACTION NO.: MJG-02-847 |
| RONSON CONSUMER PRODUCTS CORPORATION, et. al. | * | |
| | * | |
| Defendants | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE**

The Plaintiffs, by Dennis F. O'Brien of Foard, Gisriel, O'Brien, & Ward, LLC., their attorney, voluntarily dismisses the captioned case as to all Defendants, with prejudice.

_____
Dennis F. O'Brien, P.A.
Foard, Gisriel, O'Brien & Ward, LLC
29 W. Susquehanna Avenue
Suite 302
Towson, Maryland 21204
*Attorney for Plaintiffs*

approved this 21st day of February, 2003

_____
Marvin J. Garbis
United States District Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(NORTHERN DIVISION)

| | | |
|---|---|---|
| GARY MINNICH, et. al. | * | |
| Plaintiff | * | |
| vs. | * | CIVIL ACTION NO.: MJG-02-847 |
| RONSON CONSUMER PRODUCTS CORPORATION, et. al. | * | |
| | * | |
| Defendants | * | |

* * * * * * * * * * * * *

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this _____ day of February 2003, a copy of the aforegoing Notice of Voluntary Dismissal with Prejudice was sent, via first-class mail, postage prepaid to:

Patricia Gilmore, Esquire
Donald C. Weinberg, Esquire
Dombroff & Gilmore, P.C.
1025 Thomas Jefferson Street, N.W.
Suite 300 West
Washington, D.C. 20007
*Attorneys for Defendant*

_____
Dennis F. O'Brien, P.A.
Foard, Gisriel, O'Brien & Ward, LLC
29 West Susquehanna Avenue
Suite 302
Towson, Maryland 21204
(410) 296-1440
*Attorney for Plaintiff*